**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 15-cv-01377-RM-MEH

NICOLE PETULLA,

    Plaintiff,

v.

CAPRI COLORADO SPRINGS, INC.,
D/B/A HOLIDAY INN COLORADO
SPRINGS AIRPORT,

    Defendant.

---

## ORDER

---

    This matter comes before the Court on the Joint Motion for Order Referring Case for Settlement Conference and to Stay Discovery and the Dispositive Motion Deadline to Facilitate Resolution (ECF No. 23), which contains two requests for relief: (1) a request to refer this action to Magistrate Judge Michael E. Hegarty to conduct a settlement conference; and (2) a request to stay discovery and the remaining dispositive motion deadlines.  The Court finds good cause to grant the first request and this matter shall be referred to the Magistrate Judge for a settlement conference.  The Court finds the second request to stay discovery and the dispositive motion deadline should be referred to the Magistrate Judge.  It is therefore

    **ORDERED** that the Joint Motion for Order Referring Case for Settlement Conference and to Stay Discovery and the Dispositive Motion Deadline to Facilitate Resolution (ECF No. 23) is

GRANTED IN PART as stated herein. Magistrate Judge Michael E. Hegarty is authorized to conduct a settlement conference in this case.

DATED this 27th day of October, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge