IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01377-RM-MEH

NICOLE PETULLA,

    Plaintiff,

v.

CAPRI COLORADO SPRINGS, INC., d/b/a Holiday Inn Colorado Springs Airport,

    Defendant.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 28, 2015**.

    Pursuant to the order of reference filed October 27, 2014 [docket #25], counsel for the parties shall first teleconference together, then call my Chambers at 303.844.4507 to schedule a settlement conference in this case.

    Furthermore, the District Court has also referred to this Court the portion of the pending Joint Motion that pertains to deadlines and the request for a temporary stay. *See* docket #26. As such, the parties' request for a temporary stay [filed October 27, 2015; docket #23] is **granted** and all discovery and dispositive motions deadlines are stayed pending results of the outcome of the Settlement Conference.

    Finally, in light of the temporary stay, Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's First Set of Discovery Requests [filed October 27, 2015; docket #24], which has also been referred to this Court, is **denied as moot**.