IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01377-RM-MEH

NICOLE PETULLA,

    Plaintiff,

v.

CAPRI COLORADO SPRINGS, INC., d/b/a Holiday Inn Colorado Springs Airport,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 27, 2016**.

    The Joint Motion for Protective Order [filed January 25, 2016; docket #30] is **granted**. The parties' Proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.